SOUTHERUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:

IAN JOHNSON,

        Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,
a foreign corporation for profit,

        Defendant.

_____/

## COMPLAINT FOR DAMAGES
## AND DEMAND FOR JURY TRIAL

      Plaintiff IAN JOHNSON, by and through undersigned counsel, hereby sues Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES ("CARNIVAL") and states:

      1.    This is an action for personal injuries for damages in excess of $75,000.00, exclusive of interest and costs. This Court has jurisdiction based on diversity of citizenship 28 USC § 1332.

      2.    At all times material, IAN JOHNSON, the Plaintiff, is a citizen of Scottsdale, Arizona.

      3.    At all times material, CARNIVAL is a foreign corporation for profit incorporated under the laws of Panama, with its principal place of business in Miami, Florida. CARNVIAL is authorized to conduct and is conducting business in the State of Florida and in Miami-Dade County.



Main Office and Mailing Address: 1401 Brickell Avenue ◆ Suite 900 ◆ Miami, Florida 33131 ◆ P 305.347.3151 ◆ F 305.675.0123
121 South Orange Avenue ◆ Suite 1270 ◆ Orlando, Florida 32801 ◆ P 407.384.8004

4.      At all times material hereto, CARNIVAL personally or through its agents:

a.  Operated, conducted, engaged in and/or carried a business venture/activity in the State of Florida and in particular in Miami-Dade County, Florida;

b.  Operated vessels and provided vessels for cruises;

c.  Was engaged in substantial activity within this state;

d.  Committed one or more acts as set forth in Fla. Stat. §§§ 48.08(1), 48.181 and 48.193 which submit Defendant to the jurisdiction of this Court; and

e.  The Defendant was engaged in the business of providing to the public and to the Plaintiff in particular, for compensation, vacation cruises aboard the vessel, Carnival Horizon.

5.      Pursuant to the forum selection clause contained in the Ticket Contract, venue is proper in the United States District Court for the Southern District of Florida, Miami Division.

6.      At all times material, the Plaintiff was a fare paying passenger on the cruise ship Carnival Horizon for the purpose of enjoying a vacation cruise.

7.      At all times material, Defendant CARNIVAL owned, managed and/or operated the Carnival Horizon.

8.      At all times material, Defendant CARNIVAL owed a duty to the Plaintiff of using reasonable care under the circumstances in maintaining the premises of the Carnival Horizon in a safe condition and operating the vessel in a safe manner. These duties existed as a matter of law and were implied in Plaintiff's contract of passenger carriage with the Defendant.

9.      CARNIVAL is vicariously liable for the acts and/or omissions of its employees, servants, and/or independent contractors through the doctrine of *respondeat superior*.



Main Office and Mailing Address: 1401 Brickell Avenue ◆ Suite 900 ◆ Miami, Florida 33131 ◆ **P** 305.347.3151 ◆ **F** 305.675.0123
121 South Orange Avenue ◆ Suite 1270 ◆ Orlando, Florida 32801 ◆ **P** 407.384.8004

10.     On or about September 27, 2018, the Plaintiff IAN JOHNSON was traversing down Carnival Horizon's Deck 10 staircase. The subject staircase was covered with soapy water and caused the Plaintiff to sustain a terrible fall. Defendant CARNIVAL created this condition, as the staircase has just been cleaned, and there were no warning signs, wet floor signs or any caution signs to alert and/or warn the Plaintiff of this dangerous condition. Carnival created, maintained, and/or allowed a dangerous condition to exist on their vessel which they knew or should have known, would pose a risk to its passengers in general, and/or the Plaintiff specifically.

11.     As a direct and proximate result of Defendant's negligence, Plaintiff IAN JOHNSON sustained a left distal fibula nondisplaced spiral fracture, requiring surgery and hardware insertion, emotional distress as well as other injuries.

12.     The Plaintiff submitted the full particulars of the action sued upon herein in writing to the Defendant within one hundred and thirty-one (131) days from the date the Plaintiff sustained his injuries. Defendant acknowledged the receipt of Plaintiff's notice.

<u>COUNT I</u>

<u>NEGLIGENCE OF DEFENDANT CARNIVAL CORPORATION d/b/a</u>
<u>CARNIVAL CRUISE LINES</u>

13.     Plaintiff realleges and readopts paragraphs 1 through 12 as set forth herein and further alleges as follows.

14.     On or about September 27, 2018, Defendant breached the duty owed to Plaintiff IAN JOHNSON by committing the following acts and/or was negligent in the operation, maintenance or control of the Carnival Horizon in the following respects:

a.      Negligently failed to exercise reasonable care for the safety of its passengers in and around the subject Deck 10 staircase;



Main Office and Mailing Address: 1401 Brickell Avenue ◆ Suite 900 ◆ Miami, Florida 33131 ◆ **P** 305.347.3151 ◆ **F** 305.675.0123
121 South Orange Avenue ◆ Suite 1270 ◆ Orlando, Florida 32801 ◆ **P** 407.384.8004

b.      Negligently created a dangerous condition in and around the subject Deck 10 staircase;

c.      Negligently failed to provide safe ingress and egress throughout their vessel;

d.      Negligently failed to properly maintain the subject Deck 10 staircase for the safety of Plaintiff IAN JOHNSON;

e.      Negligently failed to warn Plaintiff IAN JOHNSON of the wet condition of the subject Deck 10 staircase;

f.      Negligently failed to warn Plaintiff IAN JOHNSON, whom Defendant knew or should have known would be using the subject Deck 10 staircase, of the dangerous condition that existed on the subject staircase;

g.      Negligently failed to ensure that the subject Deck 10 staircase was dry prior to the Plaintiff IAN JOHNSON traversing it; and

h.      Negligently failed to post adequate warnings to passengers in general and the Plaintiff IAN JOHNSON specifically as it relates to the wet and unsafe subject Deck 10 staircase.

15.      As a direct result of Defendant's negligence, as described above, Plaintiff IAN JOHNSON suffered and will continue to suffer bodily injury, physical pain and suffering, mental anguish, disability, disfigurement, physical impairment, inconvenience, loss of capacity for the enjoyment of life, lost wages and diminishment in earning capacity.

16.      As a direct further result of Defendant's negligence, as described above, Plaintiff IAN JOHNSON incurred medical, hospital, nursing, therapy and pharmaceutical expenses and will continue to incur such expenses in the future.

17.      As a direct result of the Defendant's negligence, as described above, Plaintiff IAN JOHNSON lost the value of the cruise, as well as attendant travel and airfare expenses and related costs.



Leighton Law
TRIAL LAWYERS

Main Office and Mailing Address: 1401 Brickell Avenue ◆ Suite 900 ◆ Miami, Florida 33131 ◆ **P** 305.347.3151 ◆ **F** 305.675.0123
121 South Orange Avenue ◆ Suite 1270 ◆ Orlando, Florida 32801 ◆ **P** 407.384.8004

WHEREFORE, the Plaintiff, IAN JOHNSON, sues the Defendant CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, for damages in excess of $75,000.00, pre-judgment and post-judgment interest to the extent allowed by law, plus costs and requests a trial by jury and demands trial by jury of all issues so triable.

DATED this 10th day of September, 2019.

Respectfully submitted,

By: /s/ Max N. Panoff
Max N. Panoff, Esq.
Florida Bar No. 84548
LEIGHTON LAW, P.A.
1401 Brickell Avenue, Suite 900
Miami, Florida 33131
Telephone:   (305) 347-3151
Facsimile:    (305) 675-0123
Primary E-mails:   John@Leightonlaw.com
                              Max@Leightonlaw.com
Secondary E-mails:Carmen@Leightonlaw.com
                              Leomarys@Leightonlaw.com
*Attorneys for Plaintiff IAN JOHNSON*

